```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 39608
   JOAN MARIE PORTER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3547

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/25/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.65%.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG    33937.48             .00      33937.48
COLE TAYLOR BANK           CURRENT MORTG     6240.00             .00       6240.00
MAZDA AMERICAN CREDIT      SECURED           2480.51           89.68       2480.51
ROUNDUP FUNDING LLC        UNSECURED          907.23             .00        477.26
ECAST SETTLEMENT CORP      UNSECURED         3277.34             .00       1724.08
CAPITAL ONE BANK           UNSECURED        NOT FILED            .00            .00
RESURGENT ACQUISITION LL   UNSECURED         1976.02             .00       1039.51
ECAST SETTLEMENT CORP      UNSECURED OTH     264.98              .00        129.63
DISCOVER FINANCIAL SERVI   UNSECURED         5879.00             .00       3092.72
ECAST SETTLEMENT CORP      UNSECURED         1943.65             .00       1022.48
ECAST SETTLEMENT CORP      UNSECURED         4399.95             .00       2314.65
KMART                      UNSECURED        NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         1217.43             .00        640.44
MONOGRAM CREDIT CARD BK    UNSECURED        NOT FILED            .00            .00
PHILLIPS 66 COMPANY        UNSECURED        NOT FILED            .00            .00
MARSHALL FIELDS            UNSECURED         3979.61             .00       2093.53
RESURGENT ACQUISITION LL   UNSECURED         3695.74             .00       1944.19
SEARS ROEBUCK & CO         UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          573.58             .00        301.73
CITIMORTGAGE INC           SECURED NOT I     737.48              .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      1,400.00                      1,400.00
TOM VAUGHN                 TRUSTEE                                        3,755.88
DEBTOR REFUND              REFUND                                           766.23

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  63,450.00

PRIORITY                                              .00
SECURED                                         42,657.99

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39608 JOAN MARIE PORTER
```

```
     INTEREST                                            89.68
UNSECURED                                            14,780.22
ADMINISTRATIVE                                        1,400.00
TRUSTEE COMPENSATION                                  3,755.88
DEBTOR REFUND                                           766.23
                              ----------------   ----------------
TOTALS                              63,450.00          63,450.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 01/28/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```